1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5

6  Attorneys for Plaintiffs
   BYRON CHAPMAN
7  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION
8  SERVICES: HELPING YOU
   HELP OTHERS
9

10

11
                         UNITED STATES DISTRICT COURT
12
                         EASTERN DISTRICT OF CALIFORNIA
13

14  BYRON CHAPMAN, an individual; and   )   **CASE NO. CIV.S04-1668 WBS GGH**
    DISABILITY RIGHTS ENFORCEMENT,      )
    EDUCATION SERVICES:HELPING          )   **STIPULATION AND [PROPOSED]**
15  YOU HELP OTHERS, a California public )   **ORDER CONTINUING THE PRE-TRIAL**
    benefit corporation,                )   **CONFERENCE**
16                                      )
           Plaintiffs,                  )
17                                      )
    v.                                  )
18                                      )
    DAVIS ORTHOPEDIC BUILDING           )
19  PARTNERS; and JAMES                 )
    CUNNINGHAM & MARGARET               )
20  CUNNINGHAM, as trustees of the      )
    CUNNINGHAM TRUST,                   )
21                                      )
           Defendants.                  )
22  _____     )

23  _

24         Plaintiffs BYRON CHAPMAN, an individual; and DISABILITY RIGHTS

25  ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California

26  public benefit corporation, through their undersigned counsel, and defendants DAVIS

27  ORTHOPEDIC BUILDING PARTNERS; and JAMES CUNNINGHAM & MARGARET

28

1  CUNNINGHAM, as trustees of the CUNNINGHAM TRUST, through their undersigned
2  counsel, stipulate, and respectfully request as follows:
3      1.    WHEREAS the parties are diligently working to settle this matter informally;
4  and
5      2.    WHEREAS a Pre-trial conference is on calendar for Monday, January 17, 2006;
6  and
7      3.    WHEREAS the parties wish to avoid burdening the Court's time unnecessarily,
8  as well as avoid incurring any further expenses when a settlement may be imminent;
9      4.    THEREFORE, the parties stipulate and respectfully request that the Pre-trial
10 conference be continued to February 20, 2006, or some date thereafter, as is convenient for the
11 Court, and the deadlines to file Pre-trial documents be continued in accordance with Local
12 Rule 16-281.
13      IT IS SO STIPULATED.
14
15 DATED: January 4, 2006               THOMAS E. FRANKOVICH,
                                        *A PROFESSIONAL LAW CORPORATION*
16
17
                                        By:__/s/ Julia M. Adams_____
18                                            Julia M. Adams
                                        Attorneys for Plaintiffs BYRON CHAPMAN and
19                                      DISABILITY RIGHTS ENFORCEMENT,
                                        EDUCATION SERVICES
20
   DATED: January 4, 2006               BOUTIN, DENTINO, GIBSON, DI GIUSTO &
21                                      HODELL, INC.
22
23                                      By:__/s/ Michael E. Chase_____
                                              Michael E. Chase
24                                      Attorneys for Defendant JAMES
                                        CUNNINGHAM, as trustee of the
25                                      CUNNINGHAM FAMILY TRUST
26 ///
27 ///
28 ///

1 ///

2 ///

3 DATED: January 4, 2006                    PORTER, SCOTT, WEIBERG & DELEHANT

5                                         By:__/s/ Laura J. Marabito_____
6                                            Laura Marabito
                                           Attorney for Defendants DAVIS ORTHOPEDIC BUILDING PARTNERS

9 **ORDER**

10     IT IS HEREBY ORDERED that the Pre-trial conference shall be continued from

11 January 17, 2006, to <u>February 17, 2006</u> at 10:00 am, and the deadlines to file Pre-trial

12 documents be continued in accordance with Local Rule 16-281.

14 Dated: January 6, 2006

16 _____
                              WILLIAM B. SHUBB
17                               UNITED STATES DISTRICT JUDGE