1 THOMAS E. FRANKOVICH (State Bar No. 074414)
JULIA M. ADAMS (State Bar No. 230795)
2 THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
3 2806 Van Ness Avenue
San Francisco, CA 94109
4 Telephone:     415/674-8600
Facsimile:      415/674-9900
5
Attorneys for Plaintiffs
6 BYRON CHAPMAN
and DISABILITY RIGHTS
7 ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU
8 HELP OTHERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DAVIS ORTHOPEDIC BUILDING PARTNERS; and JAMES CUNNINGHAM & MARGARET CUNNINGHAM, as trustees of the CUNNINGHAM TRUST,<br><br>　　　　Defendants. | **CASE NO. CIV.S04-1668 WBS GGH**<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

　　　　The parties, by and through their attorneys of record, stipulate that terms have been negotiated which fully and completely resolve plaintiffs' claims herein.  Therefore, the parties stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

　　　　Outside of the terms of the parties' settlement agreement and release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

1  request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v.
2  Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction
3  over enforcement of settlement agreements).
4      This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  DATED: April 11, 2006    THOMAS E. FRANKOVICH,
                             *A PROFESSIONAL LAW CORPORATION*

9                            By __/s/ Julia M. Adams_____
                                Julia M. Adams
10                           Attorneys for Plaintiffs BYRON CHAPMAN and
                             DISABILITY RIGHTS ENFORCEMENT,
11                           EDUCATION SERVICES

13  DATED: April 11, 2006   BOUTIN, DENTINO, GIBSON, DI GIUSTO &
                             HODELL, INC.

15                           By:___/s/ Micael E. Chase_____
                                Michael E. Chase
16                           Attorneys for Defendant JAMES CUNNINGHAM,
                             as trustee of the CUNNINGHAM FAMILY TRUST

18  DATED: April 11, 2006   PORTER, SCOTT, WEIBERG & DELEHANT

20                           By:_____/s/ Laura J. Marabito_____
                                Laura Marabito
21                           Attorney for Defendants DAVIS ORTHOPEDIC
                             BUILDING PARTNERS

23                                 **ORDER**
24      IT IS SO ORDERED.
25  Dated: April 17, 2006

                             WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL                -2-